[Nos. 20991-1-III; 21909-7-III. Division Three. December 30, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. RAY JAY FRANETICH, *Appellant*.

*In the Matter of the Personal Restraint of* RAY JAY FRANETICH, *Petitioner*.

Appeal from a judgment of the Superior Court for Spokane County, Nos. 01-1-02478-8 and 01-1-02480-0, James M. Murphy and Michael E. Donohue, JJ., entered March 20 and 26, 2002, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Brown, C.J., concurred in by Sweeney and Kato, JJ.

[No. 21425-7-III. Division Three. December 30, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL TODD CASE, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-1-03173-3, Ellen K. Clark, J., entered September 13, 2002. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, C.J., and Sweeney, J.

[No. 21720-5-III. Division Three. December 30, 2003.]

DANIEL L. WHARTON, *Appellant*, v. EARL BROWN & SONS, INC., *Defendant*, G.G. RICHARDSON, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 99-2-00743-4, Robert L. Zagelow, J., entered December 20, 2002. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Kato, A.C.J., and Schultheis, J.